To: Clerk of the United States District Court
300 STATE STREET, Suite 120
Springfield, Ma 01105-2919

From: Anthony Hall pro se;
30 Administration Rd
BridgeWater, Ma 02324

Re: Wrongful and Illeagal Termination of Parental Rights

Dear: Sir/Madam

My name is Anthony W. Hall and I send this complaint to this Honorable Court asking for your help in correcting a terrible crime that was committed against me by DCF. In 2006 my son was Illegally adopted to another family without my consent, me ever having a trial infront of a Judge to be deemed unfit, signing any papers to relinquish my rights or ever having a record with DCF or ever meeting the Attorney the Courts appointed to represent me. I have asked different agencies for help from the Attorney General all the way to the Juvenile, Superior, Appeals, Supreme Judicial Court and nobody is willing to help me. My case is well documented see Docket No. 2014-J-0326 & 1579-CV-00786. please allow me to file my Civil Lawsuit Appeal in this Honorable Court my Civil & Constitutional Right to the 14th Amendment was violated I did nothing wrong as a Father to deserve this horrible crime. 10 years I have not seen my child and for 10 years DCF has put me through irreprable pain and suffering for no reason at all I commenced a Civil Lawsuit in the Superior Court see Docket No. 1579-CV-00786 and DCFs' only defense was the Statute of Limitation had tolled basically admitting this Horrible Crime happened Judge Mason also agreed that my rights as a Father was indeed violated yet refused to grant me the relief I have been seeking for, stating the Statute of Limitation did tolled even though I did not find out until September of 2013 that DCF did violate my Civil & Constitutional Rights.

I have diligently tried to Appeal the decision to no avail. So I send this letter along with all the proper papers to file my Civil lawsuit in this Honorable Court please help me correct this terrible injustice that was committed against me.

Respectfully Submitted

Anthony W. Hall pro se;

Anthony W. Hall pro se;

30 Administration Rd
Bridgewater, Ma 02324

P.S. I even tried to come to a comprimise and it was turned down see docket No. 1579-CV-00786

Please allow me to file my Civil Lawsuit Appeal in this Honorable Court and finally recieve the justice I have been looking for 10 long painful years.